## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MARK E. CAMPBELL                                                                                       PLAINTIFF
ADC #144234

v.                                    No. 5:11CV00021 JLH/JTR

GRANT HARRIS, Former Warden,
ARKANSAS DEPT. OF CORRECTION, et al.                                                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Plaintiff's Motion for a Temporary Restraining Order or Preliminary Injunction (docket entry #41) is DENIED.

2.     The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 30th day of September, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE