# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MARK E. CAMPBELL,
ADC #144234                                                                                          PLAINTIFF

V.                                          5:11CV00021 JLH/JTR

GRANT HARRIS, Former Warden,
Arkansas Department of Correction, et al.                                          DEFENDANTS

## ORDER

Defendants have filed a Motion for Summary Judgment, a Brief in Support, and a Statement of Undisputed Facts. *See* docket entries #76, #77, and #78. The Court concludes that a Response from Plaintiff, who is represented by counsel, is necessary. Pursuant to Local Rule 56.1, Plaintiff also must file a *separate* Statement of Disputed Facts that lists: (a) any disagreement he has with the specifically numbered factual assertions contained in Defendants' Statement of Undisputed Facts; and (b) any other disputed facts that he believes must be resolved at trial.[1]

IT IS THEREFORE ORDERED THAT:

---

[1] Specifically, Defendants' Statement of Undisputed Facts contains 75 separately numbered paragraphs. *See* docket entry #78. Plaintiff's Statement of Disputed Facts must contain 75 separately listed paragraphs that respond *directly* to each of Defendants' corresponding paragraphs.

1. Plaintiff must file a Response to Defendants' Motion for Summary Judgments and a separate Statement of Disputed Facts **on or before April 14, 2012.**[2]

2. Defendants may, if they so choose, file a Reply **within seven days** of the filing of the Response.

Dated this 3rd day of April, 2012.

                                              /s/ J. Thomas Ray
                                UNITED STATES MAGISTRATE JUDGE

---

[2] *See* Local Rules 7.2(b) and 56.1(d) (imposing a 14 day deadline for filing a Response and a 7 day deadline for filing a Reply).