**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


MARK E. CAMPBELL,
ADC #144234                                                                                      PLAINTIFF

V.                                  5:11CV00021 JLH/JTR

GRANT HARRIS, Former Warden,
Arkansas Department of Correction, et al.                                        DEFENDANTS


**ORDER**

Defendants have filed a Motion for Summary Judgment, a Brief in Support, and

a Statement of Undisputed Facts.  *See* docket entries #76, #77, and #78.   The Court

concludes that a Response from Plaintiff, who is represented by counsel, is necessary.

Pursuant to Local Rule 56.1, Plaintiff also must file a *separate* Statement of Disputed

Facts that lists: (a) any disagreement he has with the specifically numbered factual

assertions contained in Defendants' Statement of Undisputed Facts; and (b) any other

disputed facts that he believes must be resolved at trial.[1]


      IT IS THEREFORE ORDERED THAT:

---

[1] Specifically, Defendants' Statement of Undisputed Facts contains 75
separately numbered paragraphs. *See* docket entry #78.  Plaintiff's Statement of
Disputed Facts must contain 75 separately listed paragraphs that respond *directly* to
each of Defendants' corresponding paragraphs.

1.      Plaintiff must file a Response to Defendants' Motion for Summary Judgments and a separate Statement of Disputed Facts **on or before April 14, 2012.**[2]

2.       Defendants may, if they so choose, file a Reply **within seven days** of the filing of the Response.

Dated this <u>3rd</u> day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] *See* Local Rules 7.2(b) and 56.1(d) (imposing a 14 day deadline for filing a Response and a 7 day deadline for filing a Reply).