IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK E. CAMPBELL                                                                                                    PLAINTIFF
ADC #144234

v.                                            No. 5:11CV00021 JLH/JTR

GRANT HARRIS, Former Warden,
Varner Unit, Arkansas Department
of Correction, *et al*.                                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the claims of Mark E. Campbell against Grant Harris, John Whalen, Darryl Golden, Revonna Walker, James Banks, Curtis Meizner, and Larry May, are dismissed without prejudice. Mark E. Campbell's claims against Cheryl Jones[1] are dismissed with prejudice. This action is hereby terminated.

DATED this 3rd day of August, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Ms. Jones's given name is spelled *Cherya* in the complaint and on the docket but *Cheryl* in her deposition and the ADC records in the court file. The Clerk should correct the docket.